**Order entered September 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01678-CR

### CHARLES RICHARD VANDIVER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-56764-M**

## ORDER

The Court **REINSTATES** the appeal.

On August 22, 2013, we ordered the trial court to make findings regarding appellant's brief had not been filed. On September 4, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the August 22, 2013 order requiring findings.

We **GRANT** the September 4, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/      DAVID EVANS
          JUSTICE